AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Northern District of Georgia ▾

| | |
|---|---|
| SOLUCIONES EN BASTONES S.A DE C.V., <br> *Plaintiff* <br> v. <br> STUDEBAKER DEFENSE GROUP, LLC and GLEN <br> *Defendant* | Civil Action No. 2:22-CV-248-RWS |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* ___08/14/2023___ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __8/7/2024__

**KEVIN P. WEIMER**
*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| SOLUCIONES EN BASTONES S.A DE C.V., <br><br> Plaintiff, <br><br> vs. <br><br> STUDEBAKER DEFENSE GROUP, LLC and GLENN HILL, <br><br> Defendants. | CIVIL ACTION FILE <br><br> NO. 2:22-CV-248-RWS |

## DEFAULT JUDGMENT

The Defendants Studebaker Defense Group, LLC and Glenn Hill, having failed to plead or otherwise to defend in this action and default having been duly entered, and the Court, Richard W. Story, United States District Judge, by order entered August 11, 2023, having directed that default judgment issue in favor of Plaintiff and against the Defendants, it is hereby

ORDERED AND ADJUDGED, that the Plaintiff Soluciones en Bastones S.A. de C.V., recover from Defendants Studebaker Defense Group, LLC and Glenn Hill, the amount of $1,913,459.81 in compensatory damages, pre-judgment interest, attorney's fees, and legal costs; $600,000 in consequential damages; and $7,500,000 in punitive damages.

Dated at Gainesville, Georgia this 14th day of August, 2023.

KEVIN P. WEIMER
CLERK OF COURT

By:   s/ D. McGoldrick
      Deputy Clerk

**CERTIFICATION**
**CM/ECF DOCUMENT**
I hereby attest and certify that this is a true and correct printed copy of a document which was electronically filed with the United States District Court for the Northern District of Georgia.

Date Filed: 08/14/2023

By: _____/Deputy Clerk
Kevin P. Weimer, Clerk of Court

Prepared, filed, and entered
in the Clerk's Office
August 14, 2023
Kevin P. Weimer
Clerk of Court


By: ___s/ D. McGoldrick___
       Deputy Clerk