ABSTRACT OF JUDGMENT

Re: Soluciones en Bastones S.A. de C.V. v. Studebaker Defense Group, LLC et al

Case Number: 1:24-mc-372

| Name(s) and Address(es) of Parties against whom Judgment(s) have been obtained | Name(s) and Address(es) of Parties in whose favor Judgment(s) have been obtained |
|---|---|
| Studebaker Defense Group, LLC<br>202 Tribble Gap Rd., Suite 300<br>Cumming, GA 30040<br><br>Glenn Hill<br>24 Discover Way<br>Cleveland, GA 30528 | Soluciones en Bastones S.A. de C.V.<br>Boulevard Isidro Fabela no. 1100 Col. Tlacopa<br>Toluca, Mexico, C.P. 50010 |

| Amount of Judgment(s) | Name(s) and Address(es) of Attorney(s) | Entry Date of Judgment(s) |
|---|---|---|
| $1,913,459.81 in compensatory damages, pre-judgment interest, attorney's fees, and legal costs;<br><br>$600,000 in consequential damages;<br><br>and<br><br>$7,500,000 in punitive damages | Soluciones en Bastones S.A. de C.V.'s Attorney:<br>Joseph E. Sarachek, Esq.<br>Sarachek Law Firm<br>670 White Plains Road, PH Suite<br>Scarsdale, NY 10583<br>(646) 403-9775<br>joe@saracheklawfirm.com | August 14, 2023 |

**UNITED STATES OF AMERICA,**
**CLERK'S OFFICE U.S. DISTRICT COURT FOR THE**
**SOUTHERN DISTRICT OF NEW YORK**

I CERTIFY that the foregoing is a correct Abstract of the Judgment

Dated: New York, New York

**DANIEL ORTIZ, Acting Clerk of Court**

_____
**By,** **Deputy Clerk**